IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

THE ESTATE OF RONALD JOHNSON,
BRENDA WEST (individually and as the
personal representative of Johnson's estate),
and SCOTT JOHNSON,

      Plaintiffs,

v.                                        Case No. 07-C-0754

NICOLAS B. ROBINSON, LORI ADAMS,
and JENNIFER MENNE,

      Defendants.

---

## ORDER

---

The Court having considered the parties' Joint Motion of Entry of Stipulation and Order, and upon consent of the parties;

**IT IS HEREBY ORDERED** that:

1. Plaintiffs shall have until May 15, 2008 to name experts and provide expert reports.

2. Defendants shall have until June 15, 2008 to name experts and provide expert reports.

3. Dispositive motions shall be filed on or before July 15, 2008.

4. A trial date shall be set by the court after the dispositive motion deadline has passed and any dispositive motions filed are resolved.

Dated this 25th day of April, 2008.

                                                        s/ William C. Griesbach
                                                        Honorable William C. Griesbach
                                                        U.S. DISTRICT COURT JUDGE